<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1032**

———————

DAWIT TIUMELISAN TEKLEHAYMANOT,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.  (A95-547-360)

———————

Submitted:  September 19, 2005       Decided:  November 2, 2005

———————

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Fitsum A. Alemu, Arlington, Virginia, for Petitioner. Anna Mills Wagoner, United States Attorney, John W. Stone, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dawit Tiumelisan Teklehaymanot, a native and citizen of Ethiopia, seeks review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen removal proceedings. We have reviewed the administrative record and the Board's order and conclude that the Board did not abuse its discretion in denying Teklehaymanot's motion.  See 8 C.F.R. § 1003.2(a), (c) (2005).

We accordingly deny the petition for review.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED